IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS, | ) ) ) | CIVIL ACTION |
| Plaintiffs, | ) ) | NO. 15 C 7315 |
| vs. | ) ) | JUDGE HARRY D. LEINENWEBER |
| ALCA, INC., an Illinois corporation, | ) ) | |
| Defendant. | ) | |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, ALCA, INC., an Illinois corporation, in the total amount of $15,836.56, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $2,190.00.

On August 25, 2015, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to Jennifer Balli, Clerk) at the registered office of record in Illinois (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on September 15, 2015. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/ Cecilia M. Scanlon

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this <u>1st</u> day of <u>October 2015</u>:

        Illinois Corporation Service Corp., Registered Agent
        Alca, Inc.
        801 Adlai Stevenson Drive
        Springfield, IL   62703

        Mr. David C. Pasquinelli, President
        Alca, Inc.
        161 Tower Drive, Unit F
        Burr Ridge, IL   60527

                                                             /s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\CarpsJ\Alca, Inc\#25530\motion.cms.df.wpd